

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2015

No. 04-15-00053-CV

Thelma **FRANCO**,
Appellant

v.

Roderick J. **SANCHEZ**, as Director of Development Services for the City of San Antonio, the City of San Antonio, Planned Parenthood South Texas, and Delantero Investors, LTD.,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-00039
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

On February 3, 2015, Appellant Thelma Franco filed a notice of interlocutory appeal from the trial court's refusal to grant her request for a temporary injunction. Asserting there was no signed order, Appellees moved this court to dismiss this appeal for want of jurisdiction. Subsequently, Appellees advised this court that the trial court had signed an order, and Appellees filed a copy of the signed order. Appellees' motion to dismiss this appeal is DENIED.

On February 4, 2015, citing Rule 29.3, Appellant moved this court for a temporary stay to prevent the City of San Antonio from issuing a certificate of occupancy for a specific property. *See* TEX. R. APP. P. 29.3; *Lamar Builders, Inc. v. Guardian Sav. & Loan Ass'n*, 786 S.W.2d 789, 791 (Tex. App.—Houston [1st Dist.] 1990, no writ) (requiring a movant for temporary relief to, *inter alia*, state "the compelling circumstances which establish the necessity for the injunction to issue"). Appellant's motion for a temporary stay is DENIED.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2015.



Keith E. Hottle
Clerk of Court